# KAUFMAN, MILLER & SIVERTSEN
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

8215 ROSWELL ROAD
BUILDING 800
ATLANTA, GEORGIA 30350

ROBERT J. KAUFMAN  
E-Mail: rjk@kauflaw.net  

TELEPHONE (770) 390-9200 (Ext. 16)  
FACSIMILE   (770) 395-6720  
Website: www.kauflaw.net  

MAILING ADRESS:  
P.O. Box 500189  
Atlanta, GA 31150-0189

July 22, 2011

**DELIVERED VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED AND BY REGULAR U.S. MAIL**

State of Georgia  
Department of Administrative Services  
Risk Management Division  
200 Piedmont Avenue S.E.  
Suite 1804, West Tower  
Atlanta, Georgia 30334-9010  

RECEIPT NO. 70100780000178303649

Cobb County Sheriff's Department  
185 Roswell Street  
Marietta, Georgia 30060  

RECEIPT NO. 70100780000178303656

Cobb County Police Department  
140 North Marietta Parkway  
Marietta, Georgia 30060  

RECEIPT NO. 70100780000178303663

Re: **Claim for damages against Cobb County Sheriff's Department, Cobb County Police Department and Cobb County, Georgia relating to the wrongful death of Matthew R. Murdock (*Ante Litem* Notice)**  
Our Client: Robin Murdock and the Estate of Matthew R. Murdock  
Our File No: 8368-001

TO WHOM IT MAY CONCERN:

This firm, together with the Law Offices of Howard Jarrett Weintraub, P.C., represent the Murdock family and the Estate of Matthew R. Murdock in the above-referenced matter (hereinafter collectively referred to as the **"Estate"**). Please accept this letter as the Estate's notice to the above-referenced parties for the purpose of providing the required legal *ante litem* notice pursuant to O.C.G.A. § 36-11-1 *et. seq.* and O.C.G.A. § 50-21-26 *et. seq.* with regard to all claims against Cobb County, the Cobb County Sheriff's Department, the Cobb County Police Department, and the State of Georgia, including but not limited to the wrongful shooting death claims that our client intends to assert against Cobb County, the Cobb County Sheriff's Department, the Cobb County Police Department, and the State of Georgia, the events of which are more specifically described below.


PLAINTIFF'S EXHIBIT "A"

On the evening of May 19, 2011, shortly after 11:25 P.M., 34 year old Matthew Murdock ("**Matthew**") was shot and killed without provocation in the presence of a Cobb County Sheriff and a Cobb County Police Officer by Cobb County Police Officer Sean Henry in Mableton, Cobb County, Georgia. Matthew was shot multiple times. Matthew was later transported by ambulance to Atlanta Medical Center for treatment for his gunshot wounds, but died approximately 2 hours later. Matthew was not in possession of a gun at the time of the shooting. No gun was found at the scene, or in Matthew's car, or on Matthew's person.

Matthew was shot to death without justification, provocation or reason. His wrongful death clearly evidences the use of excessive deadly force. Significantly, Officer Henry has a history of excessive use of force and the exercise of poor judgment in high stress situations. Consequently, the Cobb County Police Department and the Cobb County Sheriff's Department are negligent by retaining his services.

The Estate intends to seek damages against Officer Henry and the Cobb County Police and Sheriff's Department (and others) for Matthew's wrongful death, Cobb County's negligent retention of Officer Henry, and other potential causes of action, in addition to Matthew's conscious pain and suffering prior to death, medical expenses, funeral expenses, and all costs and expenses associated with any litigation including attorney's fees. It is estimated that the Estate's damages will be in excess of One Million Dollars.

Please review this notice and contact us within the statutorily required thirty (30) days so that we may determine if the matter may be amicably resolved or if we will be compelled to file suit. Thank you for your time and attention to this matter. We look forward to your written, timely reply to this *ante litem* notice.

Very truly yours,

Robert J. Kaufman

RJK/vsl

cc: Howard Jarrett Weintraub, Esquire
   Robin Murdock
   Carolyn Murdock
   The Estate of Matthew R. Murdock

I:\WP\CW\8368-001\L110623.Ante-Litem.Ga.Ltr.doc

# KAUFMAN, MILLER & SIVERTSEN
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

8215 ROSWELL ROAD
BUILDING 800
ATLANTA, GEORGIA 30350

TELEPHONE (770) 390-9200 (Ext. 16)
FACSIMILE   (770) 395-6720
Website: www.kauflaw.net

ROBERT J. KAUFMAN
E-Mail: rjk@kauflaw.net

MAILING ADRESS:
P.O. Box 500189
Atlanta, GA 31150-0189

July 22, 2011

**DELIVERED VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**AND BY REGULAR U.S. MAIL**

Cobb County Board of Commissioners:
Tim Lee, Chairman
Woody Thompson, Vice Chairman
Helen Goreham
Bob Ott
Jo Ann Birrell
100 Cherokee Street
Marietta, Georgia 30090

RECEIPT NO. 70080150000345489879
RECEIPT NO. 70080150000345489886
RECEIPT NO. 70080150000345489893
RECEIPT NO. 70080150000345489909
RECEIPT NO. 70080150000345489916

Re:   Claim for damages against Cobb County Sheriff's Department, Cobb County Police Department and Cobb County, Georgia relating to the wrongful death of Matthew R. Murdock (*Ante Litem* Notice)
Our Client: Robin Murdock and the Estate of Matthew R. Murdock
Our File No: 8368-001

TO WHOM IT MAY CONCERN:

This firm, together with the Law Offices of Howard Jarrett Weintraub, P.C., represent the Murdock family and the Estate of Matthew R. Murdock in the above-referenced matter (hereinafter collectively referred to as the **"Estate"**). Please accept this letter as the Estate's notice to the above-referenced parties for the purpose of providing the required legal *ante litem* notice pursuant to O.C.G.A. § 36-11-1 *et. seq.* and O.C.G.A. § 50-21-26 *et. seq.* with regard to all claims against Cobb County, the Cobb County Sheriff's Department, the Cobb County Police Department, and the State of Georgia, including but not limited to the wrongful shooting death claims that our client intends to assert against Cobb County, the Cobb County Sheriff's Department, the Cobb County Police Department, and the State of Georgia, the events of which are more specifically described below.

On the evening of May 19, 2011, shortly after 11:25 P.M., 34 year old Matthew Murdock ("Matthew") was shot and killed without provocation in the presence of a Cobb County Sheriff and a Cobb County Police Officer by Cobb County Police Officer Sean Henry in Mableton, Cobb County, Georgia. Matthew was shot multiple times. Matthew was later transported by ambulance to Atlanta Medical Center for treatment for his gunshot wounds, but died

approximately 2 hours later. Matthew was not in possession of a gun at the time of the shooting. No gun was found at the scene, or in Matthew's car, or on Matthew's person.

Matthew was shot to death without justification, provocation or reason. His wrongful death clearly evidences the use of excessive deadly force. Significantly, Officer Henry has a history of excessive use of force and the exercise of poor judgment in high stress situations. Consequently, the Cobb County Police Department and the Cobb County Sheriff's Department are negligent by retaining his services.

The Estate intends to seek damages against Officer Henry and the Cobb County Police and Sheriff's Department (and others) for Matthew's wrongful death, Cobb County's negligent retention of Officer Henry, and other potential causes of action, in addition to Matthew's conscious pain and suffering prior to death, medical expenses, funeral expenses, and all costs and expenses associated with any litigation including attorney's fees. It is estimated that the Estate's damages will be in excess of One Million Dollars.

Please review this notice and contact us within the statutorily required thirty (30) days so that we may determine if the matter may be amicably resolved or if we will be compelled to file suit. Thank you for your time and attention to this matter. We look forward to your written, timely reply to this *ante litem* notice.

Very truly yours,

Robert J. Kaufman

RJK/vsl

cc: Howard Jarrett Weintraub, Esquire
   Robin Murdock
   Carolyn Murdock
   The Estate of Matthew R. Murdock

I:\WP\CW\8368-001\L110623.Ante-Litem.Cobb3.Ltr.doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jo Ann Birrell
   100 Cherokee St
   Marietta, GA 30090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ JUL 25 2011
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0003 4548 9916

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tim Lee, Chairman
   100 Cherokee St
   Marietta, GA 30090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ JUL 25 2011
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0003 4548 9879

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1F

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Woody Thompson, Vice Chairman
   100 Cherokee St
   Marietta, GA 30090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ JUL 25 2011
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0003 4548 9886

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Helen Goreham
   100 Cherokee St
   Marietta, GA 30090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): JUL 2 5 2011
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0003 4548 9893

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Bob Ott
   100 Cherokee St.
   Marietta, GA 30090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X   JUL 2 5 2011
☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7008 0150 0003 4548 9909

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Cobb County Sheriff's Dept.
   185 Roswell St
   Marietta, GA 30060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X   JUL 2 5 2011
☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7010 0780 0001 7830 3656

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Ga.
Dept Admin Ser.
Risk Mang. Division
200 Piedmont Ave
Ste. 1804 West Tower
Atlanta, Ga 30334

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): JANS ECKERS
C. Date of Delivery: 7/26/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 7830 3649

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540