

# COBB COUNTY
## OFFICE OF THE MEDICAL EXAMINER

150 North Marietta Parkway
Marietta, Georgia 30060
(770) 528-2200 • fax: (770) 528-2207

Brian S. Frist, M.D.
*Chief Medical Examiner*

Joseph L. Burton, M.D.
*Sen. Consulting Forensic Pathologist*

D. Michael Gerhard
*Operations Manager*

## Medical Examiner's Report

Case Number: __11C-0494__

Name of Deceased: __MATTHEW MURDOCK__

Manner of Death: __HOMICIDE__        Date of Death: __05-20-11__

Cause of Death: __SEQUELAE OF MULTIPLE GUNSHOT WOUNDS__

Medical Examiner's Investigator: __MARK LATHAN__

### Procedure:

Autopsy: __XX__        Limited Dissection: _____        External Examination: _____

Procedure Date: __05-20-11__        Day of Week: __FRIDAY__

### Certification by Medical Examiner:

Medical Examiner: __BRIAN S. FRIST, M.D., M.E.__

Medical Examiner's Signature: __[signature]__        Date: __5/20/11__

### Division Of Forensic Sciences Use:

Division Director's Signature: _____



Equal Opportunity Employer

Cobb County...Expect the Best
www.cobbcounty.org

## SCENE REPORT

### 11C-0494

MATTHEW MURDOCK
W/M  AGE: 34
DOB: 11-30-1976

### NOTIFICATION OF DEATH:

On Friday, May 20, 2011, Lt. Pickett of the Cobb County Police Department Crimes Against Persons Unit contacted the Cobb County Medical Examiner's Office answering service. I contacted Lt. Pickett at 0225 hours. He was calling to report the death of Matthew Murdock who was shot by a Cobb County Police Officer at the address of 642 Puckett Drive, Mableton, Cobb County, Georgia. Lt. Pickett advised the decedent was transported to Atlanta Medical Center. He advised Atlanta Medical Center would have further information on pronouncement. I contacted Nurse Sandra Knuckles at the Atlanta Medical Center. She advised the decedent arrived at 0002 hours and was transported directly to an operating room. While in the operating room, doctors were unable to stop the bleeding and the decedent was pronounced decease at 0206 hours by Dr. Walker. I advised Sandra to place the decedent into the hospital morgue, and I would pick him up at a later time.

### JURISDICTION:

This incident occurred within Cobb County, Georgia. Under the provisions of the Georgia Death Investigation Act, jurisdiction was accepted and a Medical Examiner's inquiry was initiated.

### INVESTIGATIVE INTERVIEW:

I spoke with Lt. Pickett of the Cobb County Police Department Crimes Against Persons Unit. He advised a Cobb County Police Officer initiated a traffic stop on the decedent's vehicle after witnessing him drive away from a closed business on Puckett Drive. The decedent reported to the officer he was leaving the business after talking with his supervisor. Sgt. G. Beasley, a Cobb County Sheriff's K-9 Sergeant, assigned to the Criminal Interdiction Unit, arrived at the scene to assist with a narcotics investigation. Sgt Beasley stood by with the decedent while the initial officer went to the business to confirm the information.

While Sgt Beasley was waiting a second Cobb County Police Officer arrived at the scene. Sgt Beasley asked the decedent if he had any weapons on him or any weapons in the vehicle. It was reported; the decedent never gave him a direct answer and was avoiding the question. The Sergeant ordered him out of the car. The decedent exited the vehicle and a physical fight began between him and Sgt Beasley. As the Sergeant pushed off from the decedent to draw his weapon, the second Cobb County Police Officer's weapon was already drawn.

Page 2
11-0494

## INVESTIGATIVE INTERVIEW CONTINUED:

It was reported the decedent made a motion, with his hand, towards his own waistband. The second Cobb County Police Officer fired two rounds at the decedent striking him both times in the torso.

Emergency Medical Services was requested and responded immediately. The decedent was transported to Atlanta Medical Center.

## ARRIVAL AT SCENE:

I responded to Atlanta Medical Center at 303 Parkway Drive, Atlanta, on May 20, 2011. Upon my arrival at 0719 hours, I was met by hospital security and escorted to the morgue.

## OBSERVATION OF SCENE:

I unzipped the disaster pouch and observed the decedent lying supine in the morgue at Atlanta Medical Center.

## OBSERVATION OF DECEASED:

The decedent is a white male who has an appearance consistent with the stated age of 34 years. He has a short brown hairstyle and is observed nude. He is observed with an endotracheal tube in his mouth and a nasogastric tube in his left naris. Medical tape was covering both of his eyes. IV lines were observed in both antecubital fossae. White medical tape was observed on his right lateral chest. A Foley catheter was also in place. I observed clear medical seal holding a large blue medical sponge in his abdomen from the operation.

## PHOTOGRAPHY:

Documentary photographs of the scene were obtained by the Cobb County Police Department Crime Scene Unit.

## IDENTIFICATION OF DECEASED:

I identified the decedent as Matthew Murdock by his toe tag in the morgue at Atlanta Medical Center. Atlanta Medical Center identified the decedent as Matthew Murdock from the Cobb County Police Department.

Page 3
11-0494

## TRANSPORTATION OF DECEASED:

The decedent was transported from Atlanta Medical Center at 0749 hours. I arrived at the Cobb County Forensic Science Center at 0815 hours.

A postmortem examination with autopsy will be conducted on Friday, May 20, 2011, by Dr. Brian Frist, Chief Medical Examiner of Cobb County.

## INVESTIGATIVE UPDATE:

I obtained the decedent's medical records and admission blood from Atlanta Medical Center. The admission blood was submitted to the Georgia Bureau of Investigation's Crime Lab for testing.

The incident is under investigation by Cobb County Police and Sherriff's Department Internal Affairs Units.

_____          _____
MARK LATHAM, FORENSIC INVESTIGATOR          DATE
11C-0494: LM (05-26-11)

NAME: <u>**MATTHEW MURDOCK**</u>

CASE NO: <u>11C-0494</u>

**GENERAL INFORMATION:**

The death of the deceased, a 34-year-old Caucasian male, was reported to the Medical Examiner's Office on May 20, 2011.

Information obtained by this office is the deceased had been shot by police. He was transported to Atlanta Medical Center where medical intervention and surgery was unsuccessful.

Under provisions of the Georgia Death Investigation Act, a postmortem examination with autopsy is performed in the Cobb County Forensic Science Center on Friday, May 20, 2011 beginning at 8:30 a.m.

**POSTMORTEM EXAMINATION:**

**EXTERNAL:**

The body is that of a Caucasian male whose general appearance is consistent with the stated chronological age of 34 years.

The length of the body is 68" with a body weight of 170 pounds, plus or minus.

At the time of examination, the body is without clothing or valuables.

**DESCRIPTION OF GUNSHOT WOUNDS:**

GUNSHOT WOUND #1 (RIGHT BACK):

There is an entry gunshot wound noted in the right back measuring 45" from the bottom right heel and 5-1/4" right of the posterior midline. The defect measures 3/8" in diameter. The margins are smooth. An accompanying exit wound is not identified. Gunshot powder residue or a stippling pattern is not identified around the entry wound.

GUNSHOT WOUND #2 (RIGHT LATERAL ABDOMEN):

There is an entry gunshot wound noted in the right lateral abdomen measuring 40" from the bottom of the right heel and 7" right of the anterior midline. The defect measures 1/2" x 3/8" in diameter. The defect is oval with smooth margins. Gunshot powder residue or stippling is not noted around the wound.

An accompanying exit wound is noted in the left anterior abdomen measuring 41-1/4" from the bottom of the left heel and 1-1/2" left of the anterior midline. The defect measures 3/8" in diameter. The margins are irregular. Abrasions are noted around the defect.

Page 2
11-0494

### HEAD:

The scalp hair is short brown and straight with a receding hairline. A brown mustache and beard stubble is present. The head and face are symmetrically developed. There is an abrasion over the right cheek. White tape is noted over the eyelids. The orbital ridges are intact. The irides are gray. The sclerae and conjunctivae are clear. The mouth is symmetrically developed and contains an endotracheal tube. The lips, tongue, and gums are pale. The teeth are permanent and in fair condition. The nose is symmetrically developed. A nasogastric tube is noted in the left naris. The ears are symmetrically developed and without fluid.

### NECK:

The neck is symmetrically developed. A large bore catheter is noted in the right lateral neck.

### CHEST:

The chest is symmetrically developed. There is a chest tube noted in the right lateral chest. A diagonal stapled surgical incision is noted in the left breast region. A projectile is palpable in the left lower anterior chest.

### ABDOMEN:

The abdomen has been previously opened surgically. The surgical incision is covered with tape and packed with blue sponges. A drain tube is present. The gunshot wound defects are noted. There is a healed scar in the right lower quadrant.

### BACK:

The back is symmetrically developed. The previously described gunshot wound defect is noted.

### UPPER EXTREMITIES:

The upper extremities are symmetrically developed and show nondescript scars and abrasions. IVs are in place. The nails are short with dirt beneath the margins.

### LOWER EXTREMITIES:

The lower extremities are symmetrically developed and show nondescript scars and abrasions. A large bore catheter is noted in the left inguinal region. The nails are short with relatively clean margins.

Page 3
11-0494

## GENITALIA:

Normal adult male, circumcised with urinary catheter in place.

## INTERNAL EXAMINATION:

The body is opened utilizing a standard Y-shaped thoracoabdominal incision exposing approximately 4 cm of yellow adipose tissue with underlying red-brown musculature at the level of the umbilicus. The left chest is status-post thoracotomy. A drain tube is noted over the right side. There is approximately 1000 cc of blood within the right chest and 500 cc of blood within the left chest. The abdomen is free of excessive blood and other fluids.

## DESCRIPTION OF GUNSHOT WOUNDS:

GUNSHOT WOUND #1 (RIGHT BACK):

The projectile entered the right back passing through the posterior intercostal space of the 9th and 10th ribs fracturing both ribs. The projectile then lacerated the left diaphragm and liver before striking the sternum at the level of the 5th rib. A copper jacketed lead core projectile is retrieved. The projectile traveled from right to left, back to front, and slightly upwards.

GUNSHOT WOUND #2 (RIGHT LATERAL ABDOMEN):

The projectile entered the skin of the right lateral abdomen entering the abdominal cavity lacerating multiple loops of bowel and exiting the left anterior abdomen. A projectile is not retrieved. The projectile traveled from right to left, back to front, and slightly upwards.

## HEART:

The heart weighs 330 grams. The epicardium is smooth and glistening. The coronary vessels arise from normally located and patent ostia and there is a balanced circulation. No atherosclerotic involvement is noted. The endocardium is smooth and glistening. The myocardial valves are thin and delicate and are of normal circumferential opening. The chordae tendineae and papillary muscles are unremarkable. Sectioning the myocardium reveals no evidence of fibrosis or an evolving infarct.

## AORTA:

The aorta is unremarkable.

Page 4
11-0494

## NECK:

The soft tissues, cartilaginous, and bony structures of the neck are examined. No abnormalities are observed. There is no evidence of hemorrhage. The esophageal and tracheal remnants are unremarkable. The hyoid bone is intact.

## THYROID GLAND:

The thyroid gland is purple-brown in coloration and bilobed. It sits in its normal anatomic position and is grossly unremarkable.

## LUNGS:

The right lung weighs 430 grams and the left lung weighs 400 grams. The lungs are similar in appearance. They are purple-gray in coloration. Pleural adhesions are not identified. The tracheobronchial tree and pulmonary vasculature are unremarkable. Cutting through the lungs show them to exude fluid. Intrinsic lesions are not identified. There is no evidence of bronchopneumonia.

## LIVER:

The liver weighs 1430 grams. The gunshot wound defect is noted in the left superior dome of the liver. The liver has a purple-brown coloration. Cutting through the liver shows no abnormalities. The gallbladder is present and contains bile.

## SPLEEN:

The spleen weighs 100 grams. The capsule is intact. The spleen is unremarkable.

## PANCREAS:

The pancreas shows the normal shape, color, and consistency.

## ADRENAL GLANDS:

The adrenal glands are grossly unremarkable.

## KIDNEYS:

The right kidney weighs 150 grams and the left kidney weighs 120 grams. The capsules strip with ease. The surfaces are smooth. Retention cysts are noted bilaterally. The corticomedullary junctions are distinct. The renal pelvises, ureters, and bladder are unremarkable.

Page 5
11-0494

## GASTROINTESTINAL TRACT:

The gastrointestinal tract is status-post resection secondary to the gunshot wound defects. The suture lines are intact. The stomach is opened and essentially empty.

## TESTES:

The testes are grossly unremarkable.

## AXIAL SKELETON:

Reflection of the skin of the back and extremities is unremarkable.

## CENTRAL NERVOUS SYSTEM:

Reflection of the scalp shows no evidence of subgaleal ecchymosis or hemorrhage. The periosteum and calvarium are intact. There is no evidence of epidural, subdural or subarachnoid hemorrhage. The cerebrospinal fluid is clear. The brain weighs 1510 grams. The pia-arachnoid is thin and transparent. The cerebrovasculature is unremarkable. Multiple coronal sections of the cerebrum, cerebellum, and brain stem reveal no evidence of intrinsic lesions. The ventricles are symmetrically developed, unremarkable, and contain normal appearing choroid plexus. The upper portion of the cervical spinal cord is unremarkable. There is no evidence of a skull fracture.

## OTHER PROCEDURES:

1. Diagrammatic charts are prepared.
2. Identification and documentary photographs are made.
3. Samples of blood are submitted for routine toxicology.
4. Scalp and pubic hair are saved.
5. Fingernails are saved.
6. A DNA card is prepared and saved.
7. A copper-jacketed lead projectile and lead fragment are saved.
8. X-rays are taken.
9. Sections are retained for histological evaluation as deemed necessary.
10. The case is discussed with Investigator Lathan.

## POSTMORTEM –AUTOPSY FINDINGS:

1. Gunshot wound of right back with laceration of liver.

2. Gunshot wound of right lateral abdomen with laceration of multiple loops of bowel.

Page 6
11-0494

## POSTMORTEM –AUTOPSY FINDINGS:

3. Status-post thoracotomy:

    A. 1000 cc of blood in right chest.
    B. 500 cc of blood in left chest.

4. Status-post abdominal surgery with resection of bowel.

5. Toxicological analysis of blood positive for:

    A. Amphetamine, 0.096 mg/L.
    B. Methamphetamine, 0.74 mg/L.

## CAUSE OF DEATH:

**SEQUELAE OF MULTIPLE GUNSHOT WOUNDS**

## MANNER OF DEATH:

**HOMICIDE**

_____          _____
**BRIAN S. FRIST, M.D., M.E.**                                  DATE
11C-0494:  LM  (07-08-11)

# OFFICE OF THE MEDICAL EXAMINER
## COBB COUNTY, GEORGIA



**11C-0494**
MATTHEW MURDOCK
DR. FRIST / INV. LATHAN
FRIDAY MAY 20, 2011

# OFFICE OF THE MEDICAL EXAMINER
## COBB COUNTY, GEORGIA



**11C-0494**
MATTHEW MURDOCK
DR. FRIST / INV. LATHAN
FRIDAY MAY 20, 2011

# OFFICE OF THE MEDICAL EXAMINER
## COBB COUNTY, GEORGIA

## MEASUREMENT CHART
## 11C-0494

GSW # 1 ENTRY – RIGHT BACK, ↑45", → (R) 5-1/4" POSTERIOR MIDLINE, 3/8" DIAMETER, SLIGHTLY OVAL ORIENTATION, SMOOTH MARGINS, PASSED THROUGH THE POSTERIOR INTERCOSTAL SPACE OF THE 9TH AND 10TH RIBS FRACTURING BOTH, STRUCK THE DIAPHRAM AND LIVER BEFORE STRIKING THE STERNUM AT THE LEVEL OF THE 5TH RIB, COPPER JACKETED LEAD CORE PROJECTILE RECOVERED IN LEFT ANTERIOR CHEST, ↑45-3/4", →(L) 2-1/2" . PROJECTILE TRAVELED R TO L, B TO F, ↑.

GSW #2 ENTRY – RIGHT LATERAL ABDOMEN, ↑40", ←(R) 7", 1/2" x 3/8" DIAMETER, CIRCULAR ORIENTATION, SMOOTH MARGINS,

GSW #2 EXIT – LEFT ANTERIOR ABDOMEN, ↑41-1/4" → (L) 1-1/2", 3/8" DIAMETER, IRREGULAR MARGINS, ABRASION RING 1/8" @ 12:00, 1/16 @ 3:00, 1/4" @ 6:00, 1/8" @ 9:00, STRUCK MULTIPLE LOOPS OF BOWEL,  PROJECTILE TRAVELED R TO L, B TO F, ↑.

**11C-0494**
MATTHEW MURDOCK
DR. FRIST / INV. LATHAN
FRIDAY MAY 20 , 2011

Official Report



**Division of Forensic Sciences**
**Georgia Bureau of Investigation**
**State of Georgia**

George Herrin, Jr., Ph.D.
Deputy Director

*ASCLD/LAB-International*
* Accredited *

**Headquarters**
DOFS Case #:   2011-1010025
Report Date:   08/12/2011



Requested Service:  Toxicology - Postmortem
Agency:   Cobb Co. Medical Examiner
Agency Ref#:   11C0494
Requested by:   M. Lathan

**Case Individuals:**
Subject: Sean (Officer) Henry
Victim: Matthew Ronald Murdock

**Evidence:**
On 06/24/2011, the laboratory received the following evidence from the Cobb Co. Medical Examiner via Lockbox.
005   Sealed package containing two tube(s) containing admission blood identified as collected from Matthew Ronald Murdock

**Results and Conclusions:**

Drug Screen Results by:   Immunoassay

| Subm#: | Drug Screen Classification | Result |
|---|---|---|
| 005 | blood-amphetamines | Indicative |
| | blood-barbiturates | Negative |
| | blood-cannabinoids (marijuana) | Negative |
| | blood-certain benzodiazepines | Negative |
| | blood-cocaine/cocaine metabolites | Negative |
| | blood-common opioids | Negative |

**Drug Confirmation Results**

Results were obtained using one or more of the following instrumental methods:
Gas chromatography/mass spectrometry (GC/MS)
Liquid chromatography/mass spectrometry/mass spectrometry (LC/MS/MS).

Submission  005
1)   positive, amphetamine, 0.096 mg/L (+/- 13 %)
2)   positive, methamphetamine, 0.74 mg/L (+/- 13 %)

---

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

---

Joseph Austin  
Forensic Toxicologist  
404-270-8253

**Related Agencies:**

Cobb Co. District Attorney  
Cobb Co. Police Department  
Cobb Judicial Circuit

ACN: 11053543

## End of Official Report

**Official Report**



Division of Forensic Sciences
Georgia Bureau of Investigation
State of Georgia

**Headquarters**
DOFS Case #: 2011-1010025
Report Date: 08/15/2011

George Herrin, Jr., Ph.D.
Deputy Director

*ASCLD/LAB-International*
* Accredited *



Requested Service: Blood Alcohol - Postmortem
Agency: Cobb Co. Medical Examiner
Agency Ref#: 11C0494
Requested by: M. Lathan

**Case Individuals:**
Victim: Matthew Ronald Murdock

**Evidence:**
On 06/24/2011, the laboratory received the following evidence from the Cobb Co. Medical Examiner via Lockbox.
005    Sealed package containing two tube(s) containing admission blood identified as collected from Matthew Ronald Murdock

**Results and Conclusions:**
Subm#: 005
1)  Ethyl Alcohol Result by Gas Chromatography: negative

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

Kasey Wilson
Forensic Toxicologist
404-270-8233

**Related Agencies:**
Cobb Co. District Attorney
Cobb Co. Police Department         ACN: 11053543
Cobb Judicial Circuit

**End of Official Report**