IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN MURDOCK, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COBB COUNTY, GEORGIA, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:12-cv-01743-RWS |

**STIPULATED DISMISSAL WITH PREJUDICE**

Under Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-styled case stipulate that the complaint and all claims stated in it are dismissed with prejudice. The parties also stipulate that all parties shall bear their own costs.

This the 7th day Aug., 2014.

Respectfully submitted,

KAUFMAN, MILLER & FORMAN, P.C.

_____
Robert J. Kaufman, Esq.
Alex B. Kaufman, Esq.
Michael D. Stacy, Esq.

- 1 -

8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
770-390-9200

100 Cherokee Street
Suite 350
Marietta, Georgia 30090
(770) 528-4000
ddance@cobbcounty.org
BRowling@cobbcounty.org

2921 Piedmont Road, N.E.
Suite C
Atlanta, Georgia 30305
(404) 760-1116
gweaver@hw-law.com

Deborah L. Dance           203765
H. William Rowling, Jr.    617225

HOLLBERG & WEAVER, LLP

s/George M. Weaver
George M. Weaver           743150

Attorneys for Defendants Cobb County,
Georgia, Cobb County Police Department,
Houser, Cobb County Sheriff's Office,
Warren, Henry, Solon, and Beasley

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN MURDOCK, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COBB COUNTY, GEORGIA, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-01743-RWS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Deborah L. Dance, Esq.
    H. William Rowling, Jr., Esq.
    Cobb County Attorney's Office
    100 Cherokee Street
    Suite 350
    Marietta, Georgia 30090

George M. Weaver
HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305

This the 7th day Aug., 2014.

KAUFMAN, MILLER & FORMAN, P.C.

*Robert J. Kaufman*
Robert J. Kaufman, Esq.
Alex B. Kaufman, Esq.
Michael D. Stacy, Esq.

8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
770-390-9200